# BILL BACE

31 EAST 30TH STREET, APT A
NEW YORK CITY NY 10016
TEL: 212. 448. 0109
FAX: 212.448.1464
EMAIL: BILLBACE@AOL.COM

February 2, 2006

Clerk
US Bankruptcy Court
One Bowling Green
New York NY 10004

                        Re:    In Re: WILLIAM CHARLES BACE, debtor
                                Case No. 05-42446-RDD

Dear Mr. or Madam Clerk:

Enclosed please find debtor's Chapter 13 Plan, debtor's Amended Schedule I, and debtor's Amended Schedule J for filing in the above captioned matter.

Thank you for your kind attention and cooperation.

Very truly yours,

William C. Bace

CC:    Jeffrey L. Sapir, Esquire, Trustee
           Richard Levy, Jr., Esquire

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In Re:

       WILLIAM CHARLES BACE

               Debtor
-------------------------------------------------------x

Chapter 13

Case No. Case No. 05-42446-RDD

## **CHAPTER 13 PLAN**

    The future earnings of the debtor are submitted to the supervision and control of the Trustee, and the debtor shall pay the Trustee the sum of **$469.00 payable monthly**, beginning November 1, 2005 for **sixty (60) months**. In addition, upon the sale of any of debtor's real estate/partnership holdings and/or any award, settlement or judgment in debtor's favor from any pending civil damage claims any and all such sums paid to debtor shall be immediately paid to Trustee

    From the payments received, the Trustee shall make disbursements as follows:

    1. Full payment **(100%)** in deferred cash payments of all claims – both secured and unsecured – listed in debtor's Petition to creditors whose claims are duly allowed.

    2. Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

        a. Arrearages to be paid by the Trustee inside the Chapter 13 Plan
        b. Current secured payments (if any) to be made by the debtor outside the Chapter 13 Plan.

    3. Pro-rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed.

    4. The following executory contract(s) of the debtor is/are rejected: **NONE**

    5. Title to the debtor property shall revest in the debtor on confirmation of the debtor(s) plan.

Dated: February 1, 2006

                                          WILLIAM CHARLES BACE, Debtor

Form B6I
(12/03)

In re **William Charles Baco** Case No. **05-42-446-RDD**
Debtor (if known)

# ✱AMENDED✱ SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | Green Plastics Inc | |
| How long employed | 3 1/2 years | |
| Address of Employer | 31 East 30's St NYC 10016 | |

| | DEBTOR | SPOUSE |
|---|---|---|
| **Income:** (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | $ |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ | $ |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and social security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (Specify: _____) | $ | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | $ |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 819.00 | $ |
| Income from real property | $ 0 | $ |
| Interest and dividends | $ 0 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ |
| Social security or other government assistance (Specify) _____ | $ 0 | $ |
| Pension or retirement income | $ 0 | $ |
| Other monthly income (Specify) Sale of African Art monthly average | $ 1500.- | $ |
| **TOTAL MONTHLY INCOME** | $ 2319.00 | $ |

**TOTAL COMBINED MONTHLY INCOME** $ 2319.00 (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In Re:

    WILLIAM CHARLES BACE

           Debtor

-----------------------------------------------------x

Chapter 13

Case No. 05-42446-RDD

# Regular Income from Operation of Business

Green Plastics, Inc.
31 East 30th Street
New York City NY 10016

| | |
|---|---:|
| Total monthly receipts January, 2006 | $ 1,330.00 |
| Expenses: | |
|     Rental of warehouse space | $ 310.00 |
|     Delivery expenses (Emmanuel's) | 50.00 |
|     Auto Insurance (paid 8 months per year) | 0 |
|     Misc Expenses | 0 |
| | $ 360.00 |
| Gross Monthly Income from Green Plastics, Inc. | $ 970.00 |
| Federal Taxes Due on Income | |
| (weekly wages of $225.00 – $970/4.3 = $35.31/week) | $ 151.00 |
| Net Monthly Income | $ 819.00 |

Dated: February 2, 2006

_____
WILLIAM CHARLES BACE, Debtor

Form B6J
(6/90)

In re __William Charles Bace__, Case No. __05-42446-RDD__
          Debtor                                                        (if known)

**AMENDED**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 875.00 |
| Are real estate taxes included? Yes ✓ No ____ | |
| Is property insurance included? Yes ✓ No ____ | |
| Utilities   Electricity and heating fuel | $ 100.00 |
|     Water and sewer | $ 0 |
|     Telephone | $ 50.00 |
|     Other ____ | $ ____ |
| Home maintenance (repairs and upkeep) | $ ____ |
| Food | $ 200.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 100.00 |
| Medical and dental expenses | $ 100.00 |
| Transportation (not including car payments) | $ 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ ____ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ ____ |
|     Life | $ ____ |
|     Health | $ ____ |
|     Auto | $ ____ |
|     Other ____ | $ ____ |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) ____ | $ ____ |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ ____ |
|     Other ____ | $ ____ |
|     Other ____ | $ ____ |
| Alimony, maintenance, and support paid to others | $ ____ |
| Payments for support of additional dependents not living at your home | $ ____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ ____ |
| Other RE TAXES & MAINTENANCE 39 Mill Dam Rd | $ 200.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$ 1825.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ 2319.00 |
| B. Total projected monthly expenses | $ 1825.00 |
| C. Excess income (A minus B) | $ 469.00 |
| D. Total amount to be paid into plan each $469.00 each month (interval) | |