Form B6C
(10/05)

In re **William Charles Bace**,
      Debtor

Case No. **05-42446 (RDD)**
(If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- [x] 11 U.S.C. § 522(b)(2)
- [ ] 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 39 Mill Dam Rd Stone Ridge NY | 5206(a) | $10,000.00 | 175,000.00 |
| Artwork collection | §5205(1)-(6) | $5,000 | $1,000,000 (est.) |
| Furniture | | | |
| Cash (on hand & acct) | §5205(h) | $2,500 | unknown |
| Personal Injury Recovery TBD | §5205(g) | $7500 | unknown |
| Security deposit 31 E. 30th St | §5205(e), (d) | ~~$875.00~~ | $875.00 |
| Property of Bus. Partnership Hardenbergh Close | Partnership (?) | unknown | unknown |
| Tools of Trade Computer & Such | §5205(h) | $600 | $600.00 |



RECEIVED MAY 2 2006