Form B6F (12/03)

In re **William Charles Bace**
Debtor

Case No. **05-42446 (RDD)**
(If known)

## AMENDED AS ADDITION TO
## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Tim Bace 1532 S. Shore Rd Hadley NY 12835 | | | 2003-2004 Loan Against property Interest - Hamptons | | | | 60,000.00 |
| ACCOUNT NO. Chuck Bace 771 Amber Drive Marco Is. FL | | 3413 | 2003-2004 Loan Against property Interest - Hampton | | | | 60,000.00 |
| ACCOUNT NO. Con Edison Cooper Station Box 138 NY NY 10276 | | | Utility services 41-7215-0350-1019-9 41-7215-0350-1018-1 41-7215-0350-1020-7 | | | | 3,500.00 |
| ACCOUNT NO. | | | | | | | |

_____ continuation sheets attached

Subtotal ▶ $
Total ▶ $
(Report also on Summary of Schedules)

RECEIVED MAY 2 2006