Schuyler G. Carroll (SC-1234)
Adrienne W. Blankley (AB-9412)
ARENT FOX PLLC
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorney for Roy Babitt, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re

WILLIAM CHARLES BACE,                 Chapter 7

                     Debtor.         Case No. 05-42446 (RDD)
----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                          ) ss:
COUNTY OF NEW YORK  )

      STACY LIPSTEIN, being sworn, deposes and says:

    1.     Deponent is not a party to this action, is over eighteen years of age, and is an employee of Arent PLLC, 1675 Broadway, New York, New York 10019.

    2.     On January 5, 2007, I caused to be served a copy of the following documents to the people on the attached Service List via electronic mail:

        (i)      Supplement to Motion for An Order Approving the Settlement with Benison Corporation Pursuant to Bankruptcy Rule 9019 and Authorizing the Sale of 39 Mill Dam Road, Stone Ridge, NY 12484 and Related Relief Pursuant to 11 U.S.C. §§ 363 and 105; and

        (ii)     Exhibit A to the Motion – Proposed Order Approving the Settlement.

    3.     In addition, on January 5, 2007, I caused to be served a copy of the above-mentioned documents to the United States Trustee's Office, 33 Whitehall Street, 21st Floor, New York, NY 10004 via facsimile.

Sworn to before me                                 */s/ Stacy Lipstein*
5th day of December 2007                      Stacy Lipstein

*/s/ Jeffrey Dean Vanacore*
Notary Public, State of New York
No. 02va6089963
Qualified in New York County
Commission Expires March 31, 2007

Sean C. Serpe, Esq.
Mansfield & Serpe, PLLC
267 Fifth Avenue, Suite 501
New York, NY 10016
Email: serpe@mansfieldserpe.com
*Attorneys for the Debtor*

Richard Levy, Esq.
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York, New York 10022-4441
Email: rlevy@pryorcashman.com
*Attorney for Benison Corporation*

Thomas Genova, Esq.
Genova & Malin
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590
Email: genmallaw@optonline.net
*Attorneys for Katherine Bontecou Remainder Trust*

John Ronald Pigate
31 East 30th Street, Apt A
New York, NY 10016
E-mail: ron.pigate@gmail.com

Lewis Siegel, Esq.
444 Madison Avenue, 27th Floor
New York, NY 10022
Email: lws@lwsesq.com
*Attorneys for Charles and Timothy Bace*

Harold Seligman, Esq.
Long, Tuminello, Besso, Seligman
120 Fourth Avenue
Bay Shore, NY 11706
Email: hseligman@msn.com
*Attorneys for Martin Melzer*