**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

In re

WILLIAM CHARLES BACE,

                        Debtor.

------------------------------------------------------------------X

Chapter 7

Case No. 05-42446

## ORDER REGARDING JUNE 16, 2010 HEARING

      Upon the opposition of the above debtor (the "Debtor") to the Court's October 30, 2009 ruling on the record awarding attorneys' fees to Arent Fox LLP and the Office of the Corporation Counsel, it is

      ORDERED, that a hearing (the "Hearing") shall be held on June 16, 2010 at 10 a.m. at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601-4140; and it is further

      ORDERED, that all appearances at the Hearing shall be in person and no telephonic appearances shall be allowed without a showing of good cause which shall be in writing, served on all parties no later than three days prior to the date of the Hearing and shall set forth with particularity the reason a telephonic hearing is required along with a proposed order; and it is further

      ORDERED, that the only matters that shall be heard at the Hearing are (a) the Debtor's opposition to the entry of a written order awarding attorneys' fees to Arent Fox and the Office of the Corporation Counsel in the aggregate amount of $4,950 ($2,450 for counsel for the chapter 7 trustee's counsel and $2,500 for Corporation Counsel) and (b) a status conference on this chapter 7 case ; and it is further

      ORDERED, that the Hearing shall start at 10 a.m., or as soon thereafter as the Court's

calendar permits and any party not present at 10 a.m. may be subject to further sanctions.

Dated: White Plains, New York
      May 21, 2010

                                            <u>/s/Robert D. Drain</u>
                                            UNITED STATES BANKRUPTCY JUDGE