Jeffrey D. Vanacore
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorney for Roy Babitt, Chapter 7 Trustee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re

WILLIAM CHARLES BACE,

                    Debtor.
-------------------------------------------------x

Chapter 7

Case No. 05-42446 (RDD)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) s.s.:
COUNTY OF NEW YORK  )

        Nova A. Constantino, being duly sworn, deposes and says:

        1.    Deponent is over the age of eighteen years, and an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

        2.    On June 9, 2010, I served a true and correct copy of the *Notice of Presentment of Stipulation* upon the parties on the attached service by depositing true copies thereof, enclosed in a first class postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the City and State of New York.

                                                                          */s/ Nova A. Constantino*
                                                                          Nova A. Constantino

Sworn to before me this
15th day of June, 2010.

   */s/ Miriam Lyle McKibben*
Miriam Lyle McKibben
Notary Public, State of New York
No. 31-4873251
Qualified in Queens County
Commission Expires 10/6/2010

NYC/489676.1

# SERVICE LIST

Susan Golden
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

William Charles Bace
31 East 30th Street, Apt A
New York, New York 10016

Lewis Siegel, Esq.
444 Madison Avenue, 27th Floor
New York, NY 10022
*Counsel to Timothy C. Bace and Charles W. Bace Jr.*

Harold Seligman, Esq.
Long Tuminello Besso Seligman & Werner LLP
120 Fourth Ave., P.O. Box 5591
Bay Shore, NY 11706
*Counsel to Martin Melzer*

Thomas Genova, Esq.
Genova & Malin
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590
*Attorneys for Katherine Bontecou Remainder Trust*

Rich Levy, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022-4441
*Counsel to Benison Corporation*

Law Office of Matthew S. Mansfield, P.C.
Attn: Matthew S. Mansfield, Esq.
267 Fifth Avenue, Suite 102
New York, New York 10016
*Counsel to Mansfield & Serpe, PLLC*

Hugh H. Shull, Assistant Corporation Counsel
NYC Law Department, Office of the
Corporation Counsel
100 Church Street
New York, NY 10007

NYC/489676.1