Jeffrey D. Vanacore
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorney for Roy Babitt, Chapter 7 Trustee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re

WILLIAM CHARLES BACE,

               Debtor.
------------------------------------------------------x

Chapter 7

Case No. 05-42446 (RDD)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) s.s.:
COUNTY OF NEW YORK  )

        Lisa Indelicato, being duly sworn, deposes and says:

        1.    Deponent is over the age of eighteen years, and an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

        2.    On June 18, 2010, I served a true and correct copy of the (i) *Motion for an Order Authorizing the Sale of Certain Property to Charles W. Bace, Jr. Pursuant to 11 U.S.C. § 363 and Approving the Stipulation and Order of Settlement*, (ii) *Stipulation and Order of Settlement*, and (iii) *Notice of Hearing* upon the parties on the attached service list via electronic mail, as indicated, and via U.S. first class mail by depositing true copies thereof, enclosed in a first class postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the City and State of New York.

Sworn to before me this
18th day of June 2010.

*/s/ Miriam Lyle McKibben*
Miriam Lyle McKibben
Notary Public, State of New York
No. 31-4873251
Qualified in Queens County
Commission Expires 10/6/2010

                                         */s/ Lisa Indelicato*
                                         Lisa Indelicato

NYC/490398.1

# SERVICE LIST

Susan Golden
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Mary Moroney
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

William Charles Bace
31 East 30th Street, Apt A
New York, New York 10016
E-mail: nyce30@gmail.com;
greenplastics@gmail.com
*Via Electronic Mail*

Lewis Siegel, Esq.
444 Madison Avenue, 27th Floor
New York, NY 10022
Email: LWS@LWSEsq.com
*Counsel to Timothy C. Bace and Charles W. Bace Jr.*
*Via Electronic Mail*

John Pigate
E-mail: ron.pigate@gmail.com
*Purchaser*
*Via Electronic Mail*

Harold Seligman, Esq.
Long Tuminello Besso Seligman & Werner LLP
120 Fourth Ave., P.O. Box 5591
Bay Shore, NY 11706
E-mail: hseligman@msn.com
*Counsel to Martin Melzer*
*Via Electronic Mail*

Thomas Genova, Esq.
Genova & Malin
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590
E-mail: Genmallaw@optonline.net
*Attorneys for Katherine Bontecou Remainder Trust*
*Via Electronic Mail*

Rich Levy, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022-4441
E-mail: rlevy@pryorcashman.com
*Counsel to Benison Corporation*
*Via Electronic Mail*

Law Office of Matthew S. Mansfield, P.C.
Attn: Matthew S. Mansfield, Esq.
267 Fifth Avenue, Suite 102
New York, New York 10016
Email: matthew@mansfieldlegal.com
*Counsel to Mansfield & Serpe, PLLC*
*Via Electronic Mail*

Hugh H. Shull, Assistant Corporation Counsel
NYC Law Department, Office of the Corporation Counsel
100 Church Street
New York, NY 10007
Email: hshull@law.nyc.gov
*Via Electronic Mail*

NYC/490398.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-1<br>Case 05-42446-rdd<br>Southern District of New York<br>Manhattan<br>Fri Jun 18 15:01:03 EDT 2010 | City of New York<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007-2668 | Mansfield & Serpe, PLLC<br>267 Fifth Avenue, Suite 102<br>New York, NY 10016-7503 |
| Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 | APPLIED CARD BANK<br>C/O TATE & KIRLIN ASSOCIATES<br>2810 SOUTHAMPTON ROAD<br>PHILADELPHIA PA 19154-1207 | ASPIRE CARD<br>P.O. BOX 23007<br>COLUMBUS GA 31902-3007 |
| ASSET ACCEPTANCE LLC / PROVIDIAN BANK<br>P.O. BOX 2036<br>WARREN, MI 48090-2036 | B&S POWER CENTER<br>P.O. BOX 273<br>ROUTE 32<br>ROSENDALE NY 12472 | B-LINE, LLC/APPLIED CARD BANK<br>(FKA CROSS COUNTRY BANK)<br>2101 FOURTH AVE., SUITE 1030<br>SEATTLE, WA 98121-2317 |
| BALLYS TOTAL FITNESS<br>7755 CENTER AVE, #400<br>HUNTINGTON BEACH  CA 92647-9114 | BENISON CORPORATION<br>C/O MATTHEWS AND GRIECO<br>89 JOHN STREET, P.O. BOX 3127<br>KINGSTON NY 12401-3825 | BENISON CORPORATION<br>C/O PRYOR CASHMAN SHERMAN & FLYNN LLP<br>ATTN:  RICHARD LEVY, JR. ESQ.<br>410 PARK AVENUE<br>NEW YORK, NY 10022-4407 |
| BOOK OF THE MONTH CLUB<br>C/O ALLIED INTERSTATE SPECIAL SERVICES<br>3070 LAWSON BLVD., P.O. BOX 9017<br>OCEANSIDE NY 11572-2711 | CAPITAL ONE BANK<br>C/O GOLDEN, WEXLER & SARNESE, P.C.<br>377 OAK STREET<br>GARDEN CITY NY 11530-6553 | CAPITAL ONE BANK<br>C/O NCO FINANCIAL SYSTEMS, INC.<br>507 PRESIDENTIAL ROAD<br>HORSHAM PA 19044 |
| CAPITAL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>P.O. BOX 5155<br>NORCROSS, GA 30091-5155 | CHARLES W. BACE, JR.<br>1532 SOUTH SHORE RD<br>HADLEY, NY 12835-3512 | CITI-BP OIL<br>P.O. BOX 15687<br>WILMINGTON DE 19850 |
| CITIBANK, N.A<br>C/O NORTHLAND GROUP, INC..<br>P.O. BOX 390846<br>EDINA MN 55439-0846 | CON EDISON COMPANY<br>COOPER STATION<br>P.O. BOX 138<br>NEW YORK NY 10276-0138 | CONSOLIDATED EDISON COMPANY OF NY, INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003-3502 |
| CROSS COUNTRY BANK<br>C/O TATE & KIRLIN ASSOCIATES<br>2810 SOUTHAMPTON ROAD<br>PHILADELPHIA PA 19154-1207 | DAIMLER CHRYSLER SERVICES NORTH AMERICA<br>C/O WILSON ELSER MOSKOWITZ<br>3 GANNETT DRIVE<br>WHITE PLAINS NY 10604-3407 | DELL FINANCIAL SERVICES<br>C/O UNIVERSAL FIDELITY CORPORATION<br>P.O. BOX 941911<br>HOUSTON TX 77094-8911 |
| DIRECT MERCHANTS BANK<br>C/O RUBIN & ROTHMAN, LLC<br>1787 VETERANS HIGHWAY<br>ISLANDIA NY 11749-1500 | DISCOVER FINACIAL SERVICES<br>C/O BALOGH BECKER, LTD.<br>4150 OLSON MEMORIAL HIGHWAY, SUITE 200<br>MINNEAPOLIS MN 55422-4811 | FIRST SAVINGS CC<br>500 EAST 60TH STREET<br>SIOUX FALLS SD 57104-0478 |
| HOUSEHOLD BANK<br>C/O GENESIS FINANCIAL SOLUTIONS<br>104 EAST BEELINE LANE<br>HARKER HEIGHTS TX 76548-1262 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | KATHERINE BONTECOU REMAINDER TRUST<br>C/O GENOVA & MALIN<br>1136 ROUTE 9<br>WAPPINGERS FALLS, NY 12590-4905 |

| | | |
|---|---|---|
| KATHERINE BONTECOU REMAINDER TRUST<br>C/O MILLER & AUBIN<br>P.O. BOX C, CHURCH STREET<br>MILLBROOK NY 12545-0156 | LAW OFFICE OF MATTHEW S. MANSFIELD,P.C.<br>267 FIFTH AVENUE, SUITE 102<br>NEW YORK, NY 10016-7503<br>ATTN:MATTHEW S. MANSFIELD, ESQ. | LITERARY GUILD SELECT<br>C/O NORTH SHORE AGENCY, INC.<br>P.O. BOX 8909<br>WESTBURY NY 11590 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | MANSFIELD & SERPE, PLLC<br>267 FIFTH AVENUE, SUITE 501<br>NEW YORK, NY 10016-7511<br>ATTN: SEAN C. SERPE, ESQ. | MARTIN MELZER<br>MELZER & COMPANY<br>450 SEVENTH AVENUE<br>NEW YORK NY 10123-0101 |
| MCI TELECOMMUNICATIONS<br>C/O NCO FINANCIAL SYSTEMS, INC.<br>P.O. BOX 41417, DEPARTMENT 99<br>PHILADELPHIA PA 19101 | MTA BRIDGES AND TUNNELS<br>P.O. BOX 149004<br>STATEN ISLAND NY 10314-9004 | NEW YORK CITY DEPARTMENT OF FINANCE<br>PARKING SUMMONS COLLECTIONS<br>CHURCH STREET STATION, P.O. BOX 3670<br>NEW YORK NY 10008-3670 |
| NIAGARA MOHAWK<br>300 ERIE BOULEVARD WEST<br>BANKRUPTCY TEAM C-3<br>SYRACUSE, NY 13202-4201 | NIAGARA MOHAWK POWER<br>CUSTOMER SERVICE CENTER<br>300 ERIE BOULEVARD WEST<br>SYRACUSE, NY 13202-4201 | NYC DEPT OF FINANCE<br>CITY OF NEW YORK<br>59 MAIDEN LANE<br>NEW YORK, NY 10038-4502 |
| PAUL MATWIOW, CASAC<br>40 HARRISON STREET, 29D<br>NEW YORK NY 10013-2724 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 41067<br>NORFOLK, VA 23541-1067 | PROVIDIAN BANK, C/O ASSET ACCEPTANCE<br>SHARIN & LIPSHIE, PC<br>200 GARDEN CITY PLAZA, SUITE 506<br>GARDEN CITY NY 11530-3341 |
| PROVIDIAN BANKCORP<br>4940 JOHNSON DRIVE<br>PLEASANTON CA 94588-3308 | Pryor Cashman LLP<br>410 Park Avenue<br>New York, NY 10022-4407 | ROUNDOUT VALLEY CSD<br>P.O. BOX 9<br>ACCORD NY 12404-0009 |
| SHERMAN ACQUISITION II LP<br>C/O TATE & KIRLIN ASSOCIATES<br>2810 SOUTHAMPTON ROAD<br>PHILADELPHIA PA 19154-1207 | T-MOBILE<br>C/O SUPERIOR ASSET MANAGEMENT<br>P.O. BOX 1205<br>OAKS PA 19456-1205 | THE NEW YORK PUBLIC LIBRARY<br>C/O UNIQUE NATIONAL COLLECTIONS<br>119 E MAPLE STREET<br>JEFFERSONVILLE IN 47130-3439 |
| TIMOTHY C BACE<br>1532 SOUTH SHOVE RD<br>HADLEY, NY 12835-3512 | TOWN OF MARBLETOWN<br>C/O ULSTER COUNTY TREASURERS OFFICE<br>P.O. BOX 1800<br>KINGSTON NY 12402-1800 | ULSTER COUNTY TREASURERS OFFICE<br>PO BOX 1800<br>KINGSTON, NY 12402-1800 |
| United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2122 | VERIZON - BANKRUPTCY DEPARTMENT<br>PO BOX 25087<br>WILMINGTON, DE 19899-5087 | VERIZON NORTH<br>P.O. BOX 1100<br>ALBANY NY 12250-0001 |
| WILSON ELSER<br>3 GANNETT DRIVE<br>WHITE PLAINS, NY 10604-3401 | Matthew Mansfield, Esq.<br>267 Fifth Avenue, Suite 102<br>New York, NY 10016-7503 | Roy Babitt<br>c/o Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019-5820 |

| | |
|---|---|
| Susan Miller<br>c/o Katherine Bontecou  Remainder Trust<br>P.O. Box C<br>Millbrook, NY 12545-0156 | William Charles Bace<br>31 East 30th Street, #A<br>New York, NY 10016-1402 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION PO BOX 21126
PHILADELPHIA, PA  19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Benison Corporation | (u)Department of Treasury - Internal Revenue | (u)Regency Reporting, Inc. |
| (u)The Clerk's Office, U.S. Bankruptcy Cou | (u)TypeWrite Word Processing Service | (u)Veritext, LLC |
| (u)Pryor Cashman LLP | (u)Charles W. Bace Jr. | (u)Dallas L. Albaugh |
| (u)Martin Melzer | (u)Richard Levy Jr. | (u)Timothy C. Bace |

End of Label Matrix
Mailable recipients    61
Bypassed recipients    12
Total                  73