UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

In re

WILLIAM CHARLES BACE,

      Debtor

------------------------------------------------------------- X

Hearing Date: June 6, 2011
Hearing Time: 10:00 a.m.

Case No. 05-42446 (RDD)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the hearing previously scheduled for June 3, 2011 in this matter has been rescheduled and shall be heard on **MONDAY, JUNE 6, 2011 at 10:00 a.m.**, at the above-named court located at 300 Quarropas Street, White Plains NY 10601-4140, pursuant to Bankruptcy Rule 9014, for the relief requested in **Debtor's Motion for the Bankruptcy Court to Hold New York City Marshal Jeffrey S. Rose, New York City Department of Finance and New York City Police Department in Contempt of Court for Violation of the Automatic Stay and Discharge Injunction and a Determination and Assessment of Appropriate Sanctions, to Determine the Claims of Department of Finance for Parking Fines Which Predate March 9, 2006 to Be Discharged and/or to Permit Debtor to Avoid All Liens Which Impair His Exemptions, and to Award Debtor Compensation for Damages Suffered as Well as Other Appropriate Relief.**

**PLEASE TAKE FURTHER NOTICE** that objections to Debtor's Motion, if any, must be in writing, must state with particularity the grounds therefore, and must be filed with the Clerk of the Bankruptcy Court, with a copy to the chambers of Judge Robert D. Drain, and served upon the Debtor, so as to be filed and actually received no later than **fourteen (14)** days prior to the Hearing Date.

New York
April 18, 2011

/s/ *[signature]*
William C. Bace    Debtor *pro se*
31 East 30th Street, Apt. A
New York NY 10016
917. 338. 2278

1

## AFFIDAVIT OF MAILING

I HEREBY CERTIFY that on April 18, 2011 a copy of the foregoing Notice of Motion was provided to the below-stated persons in the manner stated.

/s/ Bill Bace
William C. Bace    Debtor pro se

Chamber's Copy/Judge Drain – via email

Roy Babitt, Esq., Chapter 7 Trustee - via Arent Fox LP

Heike Vogel, Esq. - via email

Joshua Wolf, Esq., Law Department NYC – via email and U.S. posr

Heike Vogel, Esq.

United State Trustee - via U.S. post

City Marshal Jeffrey S. Rose - via U.S. post

NYPD – Law Department – via U.S. Post