# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re WILLIAM C. BACE            Case No.: 05-42446

Chapter 7

## NOTICE OF APPEAL

BILL BACE, Debtor/Appellant pro se, appeals under 28 U.S.C. §158(a) from the Order of the Honorable Robert D. Drain dated June 28, 2011 entitled "ORDER DENYING IN PART AND GRANTING IN PART DEBTOR'S MOTION FOR AN ORDER (A) HOLDING THE NEW YORK CITY DEPARTMENT OF FINANCE, NEW YORK CITY MARSHAL JEFFREY S. ROSE AND THE NEW YORK CITY POLICE DEPARTMENT IN CONTEMPT OF COURT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION AND DETERRMINNING AND ASSESSING APPROPRIATE SANCTIONS AND (B) DETERMINING THE CLAIMS OF THE DEPARTMENT OF FINANCE FOR PREPETITION PARKING FINES TO BE DISCHARGED AND/OR PERMITTING THE DEBTOR TO AVOID LIENS WHICH IMPAIR HIS CLAIMED EXEMPTIONS," entered on the docket by the Clerk of the Bankruptcy Court on the 28th day of June, 2011.

The names of all parties to the said Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| PARTY | ATTORNEY |
|---|---|
| William C. Bace, Debtor | William C. Bace pro se<br>31 East 30th Street, Apartment A<br>New York NY 10016<br>Telephone: 917-388-2278<br>Email: nyce30@gmail.com |
| Roy Babitt, Chapter 7 Trustee | Heike Vogel, Esq.<br>Arent Fox LLP<br>1675 Broadway<br>New York NY 10019<br>Telephone: 212-484-3900 (direct:492-3304)<br>Email: vogel.heike@arentfox.com |

| PARTY | ATTORNEY (con't) |
|---|---|
| The City of New York<br>Department of Finance | Joshua Wolf, Esq.<br>Assistant Corporation Counsel<br>Office of Corporation Counsel / NYC Law Department<br>100 Church Street, Room 5-199<br>New York  NY  10007<br>Telephone: 212-788-1172<br>Email: jowolf@law.nyc.gov |
| Marshal Jeffrey S. Rose | Thomas C. Lambert, Esq.<br>Lambert and Shackman PLLC<br>274 Madison Avenue<br>New York  NY  10016-0701<br>Telephone:  212-370-4040<br>Email: Tlambert@lambertandshackman.com |
| New York City Police Department | Joshua Wolf, Esq.<br>Assistant Corporation Counsel<br>Office of Corporation Counsel / NYC Law Department<br>100 Church Street, Room 5-199<br>New York  NY  10007<br>Telephone: 212-788-1172<br>Email: jowolf@law.nyc.gov |
| United States Trustee | Tracy Hope Davis, Esq.<br>United States Trustee / Southern District of NY<br>33 Whitehall Street, #21<br>New York  NY  10004<br>Telephone: 212-510-0500 |

Dated: June 11, 2011    Signed: _____

Appellant Pro Se: ____William C. Bace____

Address: ____31 East 30th Street, Apartment A____

____New York  NY  10016____

Telephone No: _____917-388-2278_____

Email: _____nyce30@gmail.com_____

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of July, 2011 a copy of the foregoing NOTICE OF APPEAL was mailed via first class mail, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to said individuals as set forth below:

Heike Vogel, Esq.
Arent Fox LLP
1675 Broadway
New York NY 10019

Thomas C. Lambert, Esq.
Lambert and Shackman PLLC
274 Madison Avenue
New York NY 10016-0701

Joshua Wolf, Esq.
Assistant Corporation Counsel
Office of Corporation Counsel
NYC Law Department
100 Church Street, Room 5-199
New York NY 10007

Tracy Hope Davis, Esq.
United States Trustee / Southern District of NY
33 Whitehall Street, #21
New York NY 10004

Dated: New York
      July 11, 2011

William C. Bace, Appellant pro se